No. 92–580. MARSHALL ET AL. *v.* BANKERS LIFE & CASUALTY CO. ET AL. Sup. Ct. Cal. Certiorari denied.

No. 92–582. PAUL *v.* MOORE ET UX. Ct. App. Ga. Certiorari denied.

No. 92–587. HARRISON *v.* MONTVERDE ACADEMY. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 92–589. R. E. J. *v.* L. R. E. Ct. App. Wis. Certiorari denied.

No. 92–594. PARTINGTON ET AL. *v.* KIBE, CHIEF DISCIPLINARY COUNSEL OF THE OFFICE OF DISCIPLINARY COUNSEL OF HAWAII, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 92–596. LICHT *v.* TEXAS COMMERCE BANK ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–605. AMIRAULT *v.* FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 92–608. STANDRING *v.* XEROX CORP. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–611. OLD BRIDGE CHEMICALS, INC. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. C. A. 3d Cir. Certiorari denied.

No. 92–614. CSX TRANSPORTATION, INC. *v.* BARKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–615. PACIFIC TELESIS GROUP ET AL. *v.* TALKING YELLOW PAGES, INC. C. A. 9th Cir. Certiorari denied.

No. 92–616. SHARP ET UX. *v.* HENNEPIN COUNTY BUREAU OF SOCIAL SERVICES ET AL. Sup. Ct. Minn. Certiorari denied.

No. 92–620. NELSON, REABE & SNYDER, INC. *v.* SELPH ET AL. C. A. 8th Cir. Certiorari denied.